**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-2426**

───────────

MARTHA K. BALL,

Plaintiff - Appellant,

versus

WAL-MART STORES, INCORPORATED,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Lacy H. Thornburg, District Judge. (CA-01-359-3-T)

───────────

Submitted: July 8, 2003          Decided: July 28, 2003

───────────

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Roger Rizk, Charlotte, North Carolina, for Appellant. Amy L. Cox Gruendel, WOMBLE, CARLYLE, SANDRIDGE & RICE, Charlotte, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Martha K. Ball appeals the district court's order granting summary judgment to Wal-Mart Stores, Inc., in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ball v. Wal-Mart Stores, Inc., No. CA-01-359-3-T (W.D.N.C. Nov. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2